**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00290-CV

**SUNNY KUM SUN, ET AL., Appellants**

**V.**

**NERIUM INTERNATIONAL, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02357**

## ORDER

Before the Court is the Dallas County District Clerk's March 4, 2013 motion for an extension of time to file the clerk's record. The District Clerk asks for a thirty-day extension. Because this is an accelerated appeal, the Court can only grant a ten-day extension. *See* TEX. R. APP. P. 35.3(c). Accordingly, we **GRANT** the motion **only to the extent** that the District Clerk shall file the clerk's record on or before **March 21, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE